**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE**
**CIVIL ACTION NO.**

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2004 NOV 16 AM 11: 33

3:04CV 656 -H

LAURA EDELEN,

**and**

**RICK BRYANT**                                                     **PLAINTIFFS**


**V.**                          **VERIFIED COMPLAINT**



**AMERICAN EDUCATION CENTERS, INC.**           **DEFENDANT**

                    SERVE:   CSC Lawyers Incorp. Service Co
                             421 W. Main St.
                             Frankfort, Ky.  40601


* * * * * * * * * * * * *

   COME  THE PLAINTIFFS, Laura Edelen, and Rick Bryant,  by
counsel, and after being first duly sworn, state as follows
for their complaint herein:


**JURISDICTION AND VENUE**


   1) That this civil action is brought under the authority
of the Fair Labor Standards Act, 29 USC Sections 216 et seq.
("FLSA") for damages suffered as a result of the Defendant's
violation of the FLSA, therefore this honorable Court has

1

original jurisdiction pursuant to 28 USC Section 1331, and venue is proper pursuant to 28 USC Section 1391.

## PARTIES TO THIS ACTION

2.) That the Plaintiffs and each of them are and were at all times relevant hereto, individuals, citizens of these United States, and residents of Jefferson County Kentucky.

3) That the Defendant American Education Centers, Inc., (AEC) is, on information and belief, and was at all times relevant hereto, a corporation organized under the laws of another jurisdiction, registered to do business and doing business in Jefferson County, Kentucky, and was and is engaged in interstate commerce and the delivery and production of goods and/or services for such commerce.

## COUNT I / RICK BRYANT

4) That the Plaintiff Rick Bryant was employed by Defendant AEC in a job assisting it in its engagement of interstate commerce between August 2001 and April 2004 as a employee who was non-exempt from the wage and hour law of these United States, working as a clerical employee and was paid by AEC as such on a hourly rate of pay basis.

2

5)    That between August 2001 and April 2004 this Plaintiff was required by AEC to perform overtime work in excess of forty (40) hours per week, totaling 1026 such hours and for which this Plaintiff would have been entitled to overtime pay pursuant to the FLSA in the amount of Nineteen Thousand Two Hundred ($19,200) dollars based on his applicable one and one half (1 1/2) times overtime rate of $18.72; but, AEC has failed and refused to pay this amount to the Plaintiff Rick Bryant.

6)    That AEC's failure to pay the aforesaid overtime to this Plaintiff was a willful violation of the FLSA and entitles this Plaintiff to liquidated damages in an amount equal to twice (2 X) his unpaid overtime, an amount equal to $38,400, plus his reasonable attorneys fees incurred in bringing this action.

### COUNT II / LAURA EDELEN

7)    That the Plaintiff Laura Edelen was also employed by Defendant AEC in a job assisting it in its engagement of interstate commerce from October 2000 until May 2003 as a employee who was non-exempt from the wage and hour law of these United States, working as a clerical employee and was paid by AEC as such on a hourly rate of pay basis.

8)    That between October 2000 and May 2003 this Plaintiff was required by AEC to perform overtime work in excess of

forty (40) hours per week, totaling 1848 such hours and for
which this Plaintiff would have been entitled pursuant to the
FLSA to overtime pay in the amount of Thirty Four Thousand
Five Hundred Ninety Four ($34,594) dollars based on her
applicable one and one half (1 1/2) times overtime rate of
$18.72; but, AEC has failed and refused to pay this amount to
the Plaintiff Laura Edelen.

9)    That AEC's failure to pay the aforesaid overtime to
this Plaintiff was a willful violation of the FLSA and
entitles this Plaintiff to liquidated damages in an amount
equal to twice (2 X) her unpaid overtime, an amount equal to
$69,188, plus her reasonable attorneys fees incurred in
bringing this action.

**WHEREFORE, THE PLAINTIFFS RESPECTFULLY PRAY AS FOLLOWS:**

1. For Judgment against this Defendant in an amount to be
determined by a jury for compensatory damages in favor of each
Plaintiff pursuant to the FLSA.

2. Judgment against this Defendant for these Plaintiffs'
costs herein expended, and for a reasonable fee for their
attorneys pursuant to the FLSA.

3. For a trial by jury upon all issues so triable.

4

4. For all other relief to which either Plaintiff should now or hereafter, appear to be entitled, whether in law or in equity.

## VERIFICATIONS

We, Rick Bryant, and Laura Edelen, after being duly sworn, verify that we have read the foregoing Verified Complaint and that it is true and correct to the best of our knowledge and belief.

_____
LAURA EDELEN

_____
RICK BRYANT


**COMMONWEALTH OF KENTUCKY )**
                                    ) SS:
**COUNTY OF JEFFERSON**          )


ACKNOWLEDGED, SUBSCRIBED, AND SWORN TO before me by Rick Bryant, and Laura Edelen, to me personally known, on this ____ day of _____ 2004.

My commission expires: February 21, 2006

_____
**NOTARY PUBLIC, STATE AT LARGE, KY**

Respectfully submitted by:

_____
**JACQUELINE K. SCHROERING**
**HARRY L. GREGORY III**
Attorneys for Plaintiffs
714 Lyndon Lane, Suite #3
Louisville, KY. 40222
(502) 394-9999

5